**Order entered May 12, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00061-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**JACKSON CONATSER, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2020-1-0354**

## ORDER

Before the Court is appellee's May 7, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief filed by May 17, 2021.

/s/    ERIN A. NOWELL
          JUSTICE